UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN GARCIA,

        Plaintiff,

  v.

JAY BRADSHAW, et al.,

        Defendants.

Case No. 24-cv-03068-JSC

**JUDGMENT**

The Court having declined to exercise jurisdiction over this matter and therefore granted Defendants' motion to dismiss by Order filed March 31, 2025, enters judgment in favor of all Defendants and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: April 1, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge